UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ATLANTIC STATE DEVELOPMENT :
CORP., :
:
                          Plaintiff, :        21-cv-9670 (VSB)
:
      -against- :        **ORDER**
:
TRAVELERS CASUALTY INSURANCE :
COMPANY OF AMERICA, :
:
                       Defendant. :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       In anticipation of the post-discovery conference scheduled for August 11, 2022, at 4:00PM, it is hereby:

       ORDERED that the parties submit a joint status letter by August 10, 2022 as required by the case management plan and scheduling order, updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:  August 9, 2022
           New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge