UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                                             :

ATLANTIC STATE DEVELOPMENT
CORP.,

                          Plaintiff,            :        21-cv-9670 (VSB)

        -against-                     :        **ORDER**

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

                         Defendant.  X
---------------------------------------------------------

VERNON S. BRODERICK, United States District Judge:

       In light of scheduling conflicts, it is hereby:

       ORDERED that the post discovery conference scheduled for August 11, 2022 at 4:00pm is rescheduled to August 11, 2022 at 2:00pm. The conference will be held via teleconference, using the dial-in 888-363-4749, and the access code 2682448.

SO ORDERED.

Dated:  August 10, 2022
         New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge