UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                                :
ATLANTIC STATE DEVELOPMENT    :
CORP.,                                                 :
                                         Plaintiff,    :       21-cv-9670 (VSB)
                                         -against-     :       **ORDER**
                                                           :
TRAVELERS CASUALTY INSURANCE  :
COMPANY OF AMERICA,                :
                                                           :
                                         Defendant.  X
---------------------------------------------------------

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On August 11, 2022, I held a conference in this case. In accordance with my comments during this conference, it is hereby:

       ORDERED that the parties meet and confer to discuss whether the issue is ripe for summary judgement on this case, and file a joint letter with (1) the conclusions of the parties regarding the ripeness of the issue for summary judgment, (2) a brief description of the status of settlement and mediation discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement, and (3) a proposed briefing schedule for summary judgement motions by September 2, 2022.

SO ORDERED.

Dated: August 12, 2022
       New York, New York

                                                                        Vernon S. Broderick
                                                                        United States District Judge