```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
ATLANTIC STATE DEVELOPMENT CORP.,    :   21cv 9670 (DLC)
                                     :
                    Plaintiff,       :   ORDER
           -v-                       :
                                     :
TRAVELERS CASUALTY INSURANCE COMPANY :
OF AMERICA,                          :
                                     :
                    Defendant.       :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On October 21, 2022, plaintiff moved for summary judgment. On November 22, defendant filed its opposition and cross-motion for summary judgment. Those motions having been fully submitted on January 13, 2023, it is hereby

ORDERED that plaintiff, as the initial moving party, shall supply two courtesy copies of all motion papers, including those of their adversaries, to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:     New York, New York
           March 30, 2023

                                 _____
                                        DENISE COTE
                                 United States District Judge