UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATLANTIC STATE DEVELOPMENT CORP.,

                Plaintiff,                21 **CIVIL** 9670 (DLC)

     -against-                     **JUDGMENT**

TRAVELERS CASUALTY INSURANCE COMPANY
OF AMERICA,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 13, 2023, plaintiff's October 21, 2022 motion for summary judgment is granted, and the defendant's November 22, 2022 motion for summary judgment is denied; accordingly, the case is closed.

**Dated:** New York, New York
       April 13, 2023

                                          **RUBY J. KRAJICK**
                                              Clerk of Court

                    **BY:**

                                                **Deputy Clerk**